■ FMS CORPORATE SERVICES, LTD., Respondent, v NEWMARK & LEWIS, INC., Appellant.

No appeal as of right lies from the portions of the order which are appealed from *(see,* CPLR 5701 [a] [2]; *Courtney v Edelschick,* 157 AD2d 818; *Eagle Star Ins. Co. v Behar,* 140

AD2d 664; *Arslanian v Volkswagen of Am.,* 121 AD2d 492). Moreover, we decline to grant permission to appeal. The record before us is inadequate and the issues insufficiently developed to permit appellate review. Mollen, P. J., Eiber, Sullivan and Rosenblatt, JJ., concur.